# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2016

153841 & (34)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* PETITION OF BERRIEN COUNTY
TREASURER FOR FORECLOSURE

_____

BERRIEN COUNTY TREASURER,
        Petitioner-Appellee,

v

NEW PRODUCTS CORPORATION,
        Respondent-Appellant.

SC: 153841
COA: 330795
Berrien CC: 2014-000170-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 2, 2016 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals order granting the motion to dismiss the appeal, and REMAND this case to the Court of Appeals for plenary consideration as on leave granted of whether MCL 211.78k(7) requires payment of the full amount due for all tax parcels listed in a judgment of foreclosure as a condition of appeal where the taxpayer does not seek to challenge the foreclosures for all of the parcels. If the Court of Appeals concludes that MCL 211.78k(7) does not impose such a requirement, it shall reinstate the appeal and proceed in accordance with MCR 7.204.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2016



t1130

Clerk